# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| SOL ENTERTAINMENT, INC., | ) | |
| HISPANIC RADIO BROADCAST, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | No. 1:12-cv-01492-TWP-TAB |
| | ) | |
| ZAMORA ENTERTAINMENT, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **FINAL JUDGMENT**

Having this day entered its Order of Dismissal, this matter is dismissed without prejudice for failure to prosecute. Plaintiffs shall take nothing by way of their complaint.

SO ORDERED:

Dated: 04/18/2014

Laura Briggs, Clerk
United States District Court

By: Deputy Clerk

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Abraham Murphy
Abraham Murphy, Attorney at Law, LLC
murphy@abrahammurphy.com